22cr218 ADM/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **INDICTMENT** |
| ) | |
| Plaintiff,   ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841(a)(1) |
| v.   ) | 21 U.S.C. § 841(b)(1)(A) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| 1. FERNANDO ALFREDO TELLO-MEJIA,  ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 853 |
| 2. BRAYAM ARELLANES-RIVERA, and  ) | |
| ) | |
| 3. KARLA BEATRIZ VALDEZ,   ) | |
| ) | |
| Defendants.   ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute Controlled Substances)

From in or about May 2021 and continuing through on or about September 7, 2022, in the State and District of Minnesota, and elsewhere, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA**, and
**KARLA BEATRIZ VALDEZ**,

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 50 grams or more of actual methamphetamine, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, both controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.



SCANNED
SEP 07 2022
U.S. DISTRICT COURT MPLS

United States v. Fernando Alfredo Tello-Mejia, et al.

## COUNT 2
(Distribution of Controlled Substances)

On or about May 12, 2021, in the State and District of Minnesota, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA**, and
**KARLA BEATRIZ VALDEZ,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, and a mixture and substance containing a detectable amount of heroin, all controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
(Distribution of Controlled Substances)

On or about June 24, 2021, in the State and District of Minnesota, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA**, and
**KARLA BEATRIZ VALDEZ,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, both controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

United States v. Fernando Alfredo Tello-Mejia, et al.

## COUNT 4
(Distribution of Methamphetamine)

On or about July 30, 2021, in the State and District of Minnesota, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA, and
KARLA BEATRIZ VALDEZ,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of Fentanyl)

On or about October 19, 2021, in the State and District of Minnesota, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA, and
KARLA BEATRIZ VALDEZ,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 5 of this Indictment, the defendants,

**FERNANDO ALFREDO TELLO-MEJIA,
BRAYAM ARELLANES-RIVERA, and
KARLA BEATRIZ VALDEZ,**

United States v. Fernando Alfredo Tello-Mejia, et al.

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation including, but not limited to, a 2011 Lincoln MKX SUV, VIN: 2LMDJ6JK5BBJ12358. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON