UNITED STATES OF AMERICA,
          Plaintiff,

v.                                              Criminal File No. 22-CR-218 (ADM/ECW)

FERNANDO ALFREDO TELLO-MEJIA,
          Defendant.

## DEFENDANT FERNANDO ALFREDO TELLO-MEJIA'S STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Fernando Alfredo Tello-Mejia, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act for forty-one (41) days from November 28, 2023 to January 8, 2024.

Under my direction, my attorney is requesting the forty-one (41) day exclusion of time in an effort for the defense to continue to review discovery and to continue discussions with the government regarding a possible resolution of the case.

Based on the above facts, I request that the forty-one (41) day exclusion of time be granted and that the period associated with the forty-one (41) day exclusion of time be excluded from the time in which I would otherwise have been brought to trial in my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Respectfully submitted,

Dated: 11-2-2023

Fernando Alfredo Tello-Mejia

TILTON & DUNN, P.L.L.P.

Dated: November 1, 2023          s/ George R. Dunn

George R. Dunn (#188165)
Attorneys for Defendant
Fernando Alfredo Tello-Mejia
101 East Fifth Street, Suite 2220
Saint Paul, Minnesota 55101
Telephone: (651) 224-7687
Facsimile: (651) 224-0239
Email: george@tiltonanddunn.com